**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 01-7024**

─────────────

UNITED STATES OF AMERICA,

Plaintiff -Appellee,

versus

SHERRELL GARY BRINKLEY,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Richard L. Voorhees, District Judge.  (CR-91-31, CA-01-180-3-V)

─────────────

Submitted:  October 4, 2001          Decided:  October 12, 2001

─────────────

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Sherrell Gary Brinkley, Appellant Pro Se. Brian Lee Whisler, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sherrell Gary Brinkley seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Brinkley, Nos. CR-91-31; CA-01-180-3-V (W.D.N.C. filed June 1, 2001; entered June 4, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2